FILED
2026 MAY 7 AM 10:19
CLERK
U.S. DISTRICT COURT

MELISSA HOLYOAK, First Assistant United States Attorney (#9832)
JOSEPH HOOD, Assistant United States Attorney (#13536)
Attorneys for the United States of America
Office of the United States Attorney
20 N. Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4279
Email: joseph.hood@usdoj.gov

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | INFORMATION |
| Plaintiff, | : | VIO. 8 U.S.C. § 1326 |
| vs. | : | (REENTRY OF A PREVIOUSLY REMOVED ALIEN) |
| GERARDO ROMERO ZUNIGA-ORTIZ, | : | |
| Defendant. | : | 4:26-cr-00038 RJS |

---

The United States Attorney charges:

COUNT 1

On or about April 21, 2026, in the District of Utah,

GERARDO ROMERO ZUNIGA-ORTIZ,

the defendant herein, an alien who on or about May 30, 2019, and June 1, 2019, was excluded, removed, and deported from the United States, did knowingly reenter and was found in the United States in the District of Utah, having not obtained the consent of the

Secretary of the United States Department of Homeland Security to reapply for admission into the United States; all in violation of Title 8, United States Code, Section 1326.

DATED this 5th day of May, 2026.

MELISSA HOLYOAK
First Assistant United States Attorney

JOSEPH HOOD
Assistant United States Attorney